# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARYLOU TAPAT,<br><br>　　Plaintiff<br><br>v.<br><br>SUSHIL, et al.,<br><br>　　Defendants | Case No.: 2:25-cv-01445-APG-DJA<br><br>**Order Deeming Order to Show Cause Satisfied** |

In light of defendants' response to the order to show cause (ECF No. 10), and in particular exhibit B to that response (ECF No. 10-2),

I ORDER that the order to show cause (ECF No. 6) is satisfied, and I will not remand this action for lack of subject matter jurisdiction at this time.

DATED this 3rd day of September, 2025.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE