**CHAD HARRISON, ESQ.**
Nevada Bar No. 13888
**WILSON, ELSER, MOSKOWITZ,**
**EDELMAN & DICKER LLP**
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, NV 89119
(702) 727-1400; FAX (702) 727-1401
Chad.Harrison@wilsonelser.com
*Attorneys for Defendants*
*Sushil and DC Trucking, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARYLOU TAPAT, an individual, | Case No. 2:25-cv-01445-APG-DJA |
| Plaintiff, | |
| vs. | **STIPULATION TO EXTEND DISCOVERY DEADLINES (FIRST REQUEST)** |
| SUSHIL, an individual; DC TRUCKING, INC.; a foreign corporation; DOE INDIVIDUALS I-X, and  ROE CORPORATIONS I-X, inclusive, | |
| Defendants. | |

Plaintiff MARYLOU TAPAT, and Defendants SUSHIL and DC TRUCKING, INC. ("Defendants"), by and through their undersigned counsel of record, hereby submit the following Stipulation to Extend Discovery Deadlines in accordance with LR 26-3 and LR IA 6-1.

This is the first request to extend the deadlines in the scheduling order (ECF No. 15). Counsel submits that the request is brought in good faith, supported by good cause in compliance with LR 26-3, addresses whether excusable neglect exists, and is not intended to cause delay.

**A.     DISCOVERY COMPLETED TO DATE (LR 26-3(a))**

1.     The Rule 26(f) conference was held on October 7, 2026.

2.     Plaintiff served her initial disclosures on September 25, 2025.

3.     Defendants served their initial disclosures on October 16, 2025.

4.     Plaintiff served her first supplemental disclosures on January 12, 2026.

Page 1 of 3

329934146v.1

5.      Plaintiff served her second supplemental disclosures and her designation of expert witnesses on January 27, 2026.

6.      Plaintiff served her First Request for Production of Documents, Interrogatories and Requests for Admissions to Defendant Sushil on January 29, 2026.

7.      Plaintiff served her First Request for Production of Documents, Interrogatories and Requests for Admissions to Defendant DC Trucking on January 29, 2026.

**B.      DISCOVERY THAT REMAINS TO BE COMPLETED (LR 26-3(b))**

The parties anticipate completing the following discovery:

1.      Additional written discovery requests and responses by the parties;

2.      Production of additional documents;

3.      Deposition of Plaintiff;

4.      Depositions of Defendants;

5.      Depositions of fact witnesses;

6.      Disclosure of experts and rebuttal experts; and

7.      Depositions of experts.

**C.      REASONS WHY DEADLINE WAS NOT SATISFIED/GOOD CAUSE FOR REQUEST (LR 26-3(c))**

The parties hereby request a 60-day extension of discovery deadlines to allow for the depositions of Plaintiff and Defendants, to provide the parties' experts with the deposition transcripts for review in preparation of their reports. Additionally, in recent months, Defendants' counsel underwent a period of illness and the handling attorney at the office of Plaintiff's counsel has changed. The parties have diligently been scheduling discovery, and are submitting this stipulation timely, more than 21 days from the requested deadline change.

. . .

329934146v.1

**D.    PROPOSED DISCOVERY SCHEDULE (LR 26-3(d))**

The parties request that the current deadlines in the scheduling order (ECF No. 15) be extended as follows:

| Description | Current Deadline | Proposed Deadline |
|---|---|---|
| Discovery Cut-Off | 5/25/2026 | **7/24/2026** |
| Deadline to Amend Pleadings and Add Parties | 2/24/2026 | **No extension requested** |
| Expert Disclosures | 3/26/2026 | **5/25/2026** |
| Rebuttal Expert Disclosures | 4/27/2026 | **6/26/2026** |
| Dispositive Motion Deadline | 6/24/2026 | **8/24/2026** |
| Pretrial Order, including Fed. R. Civ. P. 26(a)(3) Pretrial Disclosures and any objections thereto | 7/24/2026 | **9/22/2026** |

**IT IS SO STIPULATED.**

DATED this 13th day of February, 2026.          DATED this 13th day of February, 2026.

WILSON, ELSER, MOSKOWITZ, EDELMAN          THE POWELL LAW FIRM
& DICKER LLP

*/s/ Chad A. Harrison*                                    */s/ Jonathan Powell*
Chad A. Harrison (Bar #13888)               Paul D. Powell (Bar# 7488)
6689 Las Vegas Blvd. South, Suite 200       Jonathan Powell (Bar# 9153)
Las Vegas, Nevada 89119                     8918 Spanish Ridge Avenue, Suite 100
*Attorneys for Defendants*                   Las Vegas, NV 89148
                                            *Attorneys for Plaintiff*

### ORDER

IT IS HEREBY ORDERED that the following deadlines shall be extended as follows:

| Description | Deadline |
|---|---|
| Discovery Cut-Off | 7/24/2026 |
| Deadline to Amend Pleadings and Add Parties | 2/24/2026 |
| Expert Disclosures | 5/25/2026 |
| Rebuttal Expert Disclosures | 6/26/2026 |
| Dispositive Motion Deadline | 8/24/2026 |
| Pretrial Order, including Fed. R. Civ. P. 26(a)(3) Pretrial Disclosures and any objections thereto | 9/22/2026 |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: ____2/17/2026_____

Page 3 of 3

329934146v.1