**JON CARLSTON, ESQ.**
Nevada Bar No. 10869
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, NV 89119
(702) 727-1400 | FAX (702) 727-1401
Jon.Carlston@wilsonelser.com
*Attorneys for Defendants*
SUSHIL and DC TRUCKING, INC.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MARYLOU TAPAT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>SUSHIL, an individual; DC TRUCKING, INC.; a foreign corporation; DOE INDIVIDUALS I-X, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No. 2:25-cv-01445-APG-DJA<br><br>**Stipulation and Order to Withdraw Plaintiff's Motion For Partial Summary Judgment and Limit Issues Remaining For Trial** |

Plaintiff Marylou Tapat ("Plaintiff"), by and through her attorney, Jonathan Powell of Powell Stewart, and Defendants Sushil and DC Trucking, Inc. (collectively, "Defendants"), by and through their attorney, Jon J. Carlston of Wilson, Elser, Moskowitz, Edelman & Dicker LLP, hereby acknowledge and stipulate as follows:

1. On July 8, 2025, Plaintiff filed her Complaint and Demand for Jury Trial ("Complaint") in the Eighth Judicial District Court, Clark County, Nevada, Case No. A-25-922707-C. On August 6, 2025, Defendants removed the action to the United States District Court for the District of Nevada, with Plaintiff's Complaint attached as Exhibit A to Defendants' Petition for Removal (ECF No. 1-1).

2. On October 23, 2026, Plaintiff filed her Motion for Partial Summary Judgment (ECF No. 23) ("Motion"), seeking judgment as a matter of law on the duty and breach elements of her negligence claim against Defendant Sushil.

3. To narrow the issues remaining for trial and avoid unnecessary motion practice, Defendants stipulate that Defendant Sushil owed Plaintiff a duty of reasonable care in the operation of his commercial vehicle and breached that duty, causing the subject October 18, 2023, motor vehicle accident.

4. Defendants further acknowledge that, at the time of the subject accident, Defendant Sushil was acting within the course and scope of his employment with Defendant DC Trucking, Inc. Accordingly, DC Trucking, Inc. does not dispute its vicarious liability for Sushil's negligence arising from the subject accident pursuant to NRS 41.130.

5. In consideration of the foregoing admissions, Plaintiff agrees to withdraw her Motion for Partial Summary Judgment (ECF No. 23), and the parties request that the Motion be withdrawn and terminated as moot.

6. Plaintiff further agrees to dismiss, with prejudice, her separate claims against DC Trucking, Inc., for negligent entrustment and negligent hiring, training, and supervision, as alleged in the Second and Third Causes of Action of her Complaint (ECF No. 1-1, pp. 4–6).

7. Accordingly, the only issues remaining for adjudication at trial are:

    a. **Causation:** Whether the subject accident caused Plaintiff’s claimed injuries; and

    b. **Damages:** The nature, extent, and reasonable value of any damages proximately caused by the subject accident.

8. Defendants expressly reserve all rights and defenses concerning medical causation, the nature and extent of Plaintiff’s claimed injuries, and the reasonableness and necessity of medical treatment and damages. Nothing herein constitutes an admission of any claimed injury or damages.

9. This Stipulation is entered into for the purpose of narrowing the issues for trial, promoting judicial economy, and avoiding unnecessary litigation expenses.

Accordingly, the parties respectfully request that the Court approve this Stipulation, permit withdrawal of Plaintiff's Motion for Partial Summary Judgment (ECF No. 23), dismiss Plaintiff's separate claims against DC Trucking, Inc. for negligent entrustment and negligent hiring, training,

///

///

///

and supervision with prejudice, and order that the only issues remaining for trial are causation and damages as set forth herein.

**IT IS SO STIPULATED.**

DATED this 13th day of November, 2026.

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

*/s/ Jon Carlston*
Jon Carlston, Esq. (Bar #10869)
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119
*Attorneys for Defendants*

DATED this 13th day of November, 2026.

**THE POWELL LAW FIRM**

*/s/ Jonathan Powell*
Paul D. Powell (Bar# 7488)
Jonathan Powell (Bar# 9153)
8918 Spanish Ridge Avenue, Suite 100
Las Vegas, NV 89148
*Attorneys for Plaintiff*

**ORDER**

Based upon the foregoing Stipulation of the parties, and good cause appearing,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Partial Summary Judgment (ECF No. 23) is withdrawn and terminated as moot.

**IT IS FURTHER ORDERED** that Defendant Sushil's duty and breach of that duty in causing the subject accident are established, and Defendant DC Trucking, Inc., does not dispute its vicarious liability for Sushil's negligence arising from the subject accident.

**IT IS FURTHER ORDERED** that Plaintiff's separate claims against DC Trucking, Inc. for negligent entrustment and negligent hiring, training, and supervision, as alleged in the Second and Third Causes of Action of the Complaint (ECF No. 1-1), are dismissed with prejudice.

///

///

///

///

**IT IS FURTHER ORDERED** that the only issues remaining for adjudication at trial are causation of Plaintiff's claimed injuries and the nature, extent, and reasonable value of any resulting damages. Defendants retain all rights and defenses concerning those issues.

**IT IS SO ORDERED.**

UNITED STATES JUDGE

DATED: November 16, 2026



403583534v.1