**JON CARLSTON, ESQ.**
Nevada Bar No. 10869
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, NV 89119
(702) 727-1400 | FAX (702) 727-1401
Jon.Carlston@wilsonelser.com
*Attorneys for Defendants*
SUSHIL and DC TRUCKING, INC.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MARYLOU TAPAT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>SUSHIL, an individual; DC TRUCKING, INC.; a foreign corporation; DOE INDIVIDUALS I-X, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No. 2:25-cv-01445-APG-DJA<br><br>**Defendants' Motion to Remove From Service List** |

Defendants request to remove attorney Chad Harrison (SBN 13888) from the CM/ECF electronic service list. Mr. Harrison is no longer handling this matter and is no longer affiliated with Wilson Elser Moskowitz Edelman & Dicker LLP.

Jon Carlston, Esq., is now handling this matter.

DATED this 13th day of November 2026.

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

By: */s/ Jon Carlston*
JON CARLSTON, ESQ.
Nevada Bar No. 10869
*Attorneys for Defendants*
SUSHIL and DC TRUCKING, INC.



402235338v.1

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP, and that on this 13th day of November 2026, I served a true and correct copy of **Defendants' Motion to Remove From Service List** as follows:

☐ by placing same to be deposited for mailing in the United States Mail, in a sealed envelope upon which first class postage was prepaid in Las Vegas, Nevada

☒ via the Court's CM/ECF system upon all registered parties pursuant to Fed. R. Civ. P. 5(b)(2)(E)

Paul D. Powell
Jonathan Powell
POWELL STEWART
8918 Spanish Ridge Avenue, Suite 100
Las Vegas, Nevada 89148
paul@tplf.com | jonathan.powell@tplf.com
*Counsel for Plaintiff*
*Marylou Tapat*

BY: */s/ Jon Carlston* ____________
An Employee of
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

IT IS SO ORDERED.

______________________________
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATE: November 16, 2026